People v Granger
2026 NY Slip Op 03978
June 24, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Elie Granger, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 24, 2026
2011-08153, (Ind. No. 2907/08)
Colleen D. Duffy, J.P.
Helen Voutsinas
Donna-Marie E. Golia
Elena Goldberg Velazquez, JJ.

Elie Granger, Attica, NY, appellant pro se.
Melinda Katz, District Attorney, Kew Gardens, NY (Jonathan E. Maseng of counsel), for respondent.
Patricia Pazner, New York, NY (Kathleen Whooley of counsel), former appellate counsel.

[*1]
DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 26, 2014 (People v Granger, 122 AD3d 940), affirming a judgment of the Supreme Court, Queens County, rendered August 9, 2011.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DUFFY, J.P., VOUTSINAS, GOLIA and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court